UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and
MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,

08 CV 2944 (WHP)
ECF CASE

**DEFAULT JUDGMENT**

                                    Plaintiffs,

           -against-

NEW YORK CONCRETE WORKS INC.,

                                    Defendant.
------------------------------------------------------------------------X

        This action having been commenced on March 20, 2008 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant New York

Concrete Works Inc. on March 26, 2008 by delivering two (2) true copies of the same to the Secretary

of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a

proof of service having been filed on April 1, 2008 and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on May 7, 2008, it is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2008

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,622.50 for a total of $3,972.50 and that New York Concrete Works Inc. and its

officers are ordered to produce any and all books and records relating to New York Concrete Works

Inc. for the period of July 19, 2007 through February 16, 2008.

Dated: 5/21/2008
          New York, New York

*The Clerk of Court is directed to mark this case closed.*

Honorable William H. Pauley
United States District Judge

This document was entered on the docket
on _____.

2